UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD MILBOURN,<br><br>                       Petitioner,<br>      v.<br>ROBERT LeGRANDE, et al.,<br><br>                       Respondents. | Case No. 3:15-cv-00545-MMD-VPC<br><br>ORDER |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. When filing a habeas action, petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*. Due to the lack of an *in forma pauperis* application or filing fee, the present action will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application with all required attachments. It does not appear from the papers presented that a dismissal without prejudice would result in a promptly-filed new petition being untimely. In this regard, petitioner at all times remains responsible for calculating the running of the limitations period as applied to his case and properly commencing a timely-filed habeas corpus action.

It is therefore ordered that this action is dismissed without prejudice to the filing of a new petition in a new action.

It is further ordered that petitioner's motion for a copy of the order of judicial determination (dkt. no. 3) in this case is denied.

1    It is further ordered that the Clerk of the Court send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.

It is further ordered that petitioner may file a new petition in a new action, but he may not file further documents in this action.

It is further ordered that a certificate of appealability is denied. Reasonable jurists would not find the dismissal of the improperly-commenced action without prejudice to be debatable or wrong.

It is further ordered that the Clerk of the Court enter judgment accordingly.

DATED THIS 21st day of April 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE